IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ILLINOIS STATE PAINTERS WELFARE FUND, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TWARD PAINTING, LLC,**<br><br>**Defendant.** | Case No. 22-CV-03021-SPM |

## AMENDED DEFAULT JUDGMENT

This civil case arises under the Employee Retirement Income Security Act, 29 U.S.C. §§ 1002–1193c ("ERISA"). Before the Court is the Plaintiffs' Motion to Amend the Default Judgment against Defendant Tward Painting, LLC. (Doc. 17). For the reasons below, the Court **GRANTS** the Plaintiffs' Motion and **ENTERS** Default Judgment.

There are two stages to default. First, the Clerk of Court must enter a party's default "[w]hen a party against whom a judgment for affirmative relief has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." FED. R. CIV. P. 55. Then, the Court may enter a default judgment for the amount due. *Id*.

Here, the Clerk of Court entered Defendant's default on January 31, 2023. (*See* Doc. 8). Plaintiff also showed that Defendant failed to make monthly contributions as required by the labor agreement. (*See* Doc. 15). It is therefore appropriate for the Court to enter an amended default judgment.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant

Case 3:22-cv-03021-SPM    Document 19    Filed 09/08/25    Page 2 of 2    Page ID #197

to the Court's orders (Docs. 6, 18), Plaintiffs have an amended judgment against Defendant Tward Painting, LLC in the total amount of $47,972.16, consisting of $36,237.73 in delinquent fringe benefit contributions, $7,247.55 in liquidated damages, $4,486.88 in attorneys' fees and costs, plus post-judgment interest.

**IT IS SO ORDERED.**

**DATED: September 8, 2025**

*s/ Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**

Page 2 of 2